IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | MJ 20-28-M-KLD |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| BRADLEY SAMUEL HOSHOR, | |
| Defendant. | |

Upon the United States' motion, and for good cause shown,

IT IS ORDERED, pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss the Complaint against Bradley Samuel Hoshor is GRANTED without prejudice.

DATED this 20th day of August, 2020.

Kathleen L. DeSoto
United States Magistrate Judge

1